UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 6:17-cv-610

Name of party requesting extension: Bank of America Corporation d/b/a Merrill L

Is this the first application for extension of time in this case?   ✔ Yes
☐ No

If no, please indicate which application this represents:   ☐ Second
☐ Third
☐ Other _____

Date of Service of Summons: 11/6/2017

Number of days requested:   ✔ 30 days
☐ 15 days
☐ Other ____ days

New Deadline Date: 12/27/2017    *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: Jay B. Johnson
State Bar No.: 24067322
Firm Name: Kizzia Johnson PLLC
Address: 1910 Pacific Ave. Suite 13000
         Dallas, TX 75201

Phone: (214)451-0164
Fax:   (214)451-0165
Email: jay@kjpllc.com

A certificate of conference does not need to be filed with this unopposed application.