IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| PUBLISHING TECHNOLOGIES LLC | § § § | |
| Plaintiff | § § | CAUSE NO.  6:17-CV-00610-RWS |
| vs. | § § | LEAD CASE |
| BANK OF AMERICA CORPORATION D/B/A MERRILL EDGE | § § § § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal Without Prejudice of all claims and counterclaims asserted between plaintiff, Publishing Technologies LLC and defendant Bank of America Corporation in this case, and the Court being of the opinion that said motion should be **GRANTED**, it is hereby

**ORDERED, ADJUDGED AND DECREED** that all claims asserted in this suit between plaintiff Publishing Technologies LLC and defendant Bank of America Corporation, are hereby dismissed without prejudice, subject to the terms of that certain agreement entitled **"SETTLEMENT AGREEMENT"** and dated May 8, 2018.

It is further **ORDERED** that all attorneys' fees and costs are to be borne by the party that incurred them.

**SIGNED this 11th day of May, 2018.**

*Robert W. Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE